IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMA S. WASHINGTON<br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br><br><br>NO. 13-5694 |

**ORDER**

**AND NOW**, this 17 day of July, 2015, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.